# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSHUA JAMES, | Case No. 2:19-cv-01957-APG-BNW |
| Plaintiff, | **ORDER EXTENDING STAY** |
| v. | |
| NAPH CARE INC, *et al.,* | |
| Defendants. | |

This case was referred to the District Court's Inmate Early Mediation Program ("IEM") on October 15, 2020. ECF No. 11. The case was stayed for ninety (90) days to January 13, 2021, to allow the Plaintiff and Defendants an opportunity to settle their dispute. Due to the pandemic, the mediation session with a court-appointed mediator cannot and will not be held before the stay expires. The Court now extends the stay until three (3) days after the scheduled IEM, currently set for February 19, 2021, at 11:15 p.m. The status report is also due on that date. During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

For the foregoing reasons, it is ordered that the stay is extended until three (3) days after the IEM. The Office of the Attorney General will file the report form regarding the results of the stay by that date.

**IT IS SO ORDERED.**

DATED this 20th day of November 2020.

_____
BRENDA J. WEKSLER
UNITED STATES MAGISTRATE JUDGE