# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA JAMES,<br><br>    Plaintiff<br><br>v.<br><br>NAPH CARE INC., et al.,<br><br>    Defendants | Case No.: 2:19-cv-01957-APG-BNW<br><br>**Order Granting Motion to Dismiss as Unopposed**<br><br>[ECF No. 19] |

    Defendant Romeo Aranas filed a motion to dismiss (ECF No. 19). Plaintiff Joshua James did not respond.

    I THEREFORE ORDER that defendant Romeo Aranas's motion to dismiss **(ECF No. 19) is GRANTED** as unopposed under Local Rule 7-2(d).

    DATED this 27th day of May, 2021.

                                            ANDREW P. GORDON
                                            UNITED STATES DISTRICT JUDGE